13941. CARTERSVILLE GROCERY CO. *v.* ELK MANUFACTURING & COMMISSION CO.

BLOODWORTH, J. When the entire charge is considered in the light of all the facts of the case, there is nothing in any of the grounds of the motion for a new trial, based upon alleged errors in the charge of the court, or in the refusal to charge, that requires the grant of a new trial; for no reason assigned in the other grounds of the motion is a new trial demanded, and, as there is evidence to support the finding of the jury, the judgment is

*Affirmed. Broyles, C. J., concurs. Luke, J., dissents.*
DECIDED MARCH 6, 1923. REHEARING DENIED APRIL 11, 1923.

Attachment; from city court of Cartersville — Judge Townsend. July 22, 1922.

*Willingham, Wright & Covington, J. R. Whitaker,* for plaintiff in error.

*Neel & Neel,* contra.

---

13988. BELL *v.* THE STATE.

LUKE, J. The motion for a new trial contained only the usual general grounds; and the evidence, while circumstantial, being sufficient to exclude every *reasonable* hypothesis save that of the defendant's guilt, the judgment of the court overruling the motion for a new trial cannot be controlled.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED MARCH 6, 1923.

Accusation of possession of intoxicating liquor; from city court of Metter — Judge Lanier. September 20, 1922.

*Kirkland & Kirkland,* for plaintiff in error.

*C. W. Turner, solicitor,* contra.